# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FUENTES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION HOLDING CORPORATION REPRESENTATIVES, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00745-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 9 & 12) |

Jonathan Fuentes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds on Plaintiff's First Amended Complaint. (ECF No. 9). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "this case proceed against Defendant G. Rodriguez on Plaintiff's claims for excessive force in violation of the Eighth Amendment, for an unreasonable search in violation of the Fourth Amendment, for retaliation in violation of the First Amendment, for assault, and for battery, and that all other claims and defendants be dismissed with prejudice." (ECF No. 12, p. 15).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on March 28, 2018, are ADOPTED in full;
2. This case proceed against Defendant G. Rodriguez on Plaintiff's claims for excessive force in violation of the Eighth Amendment, for an unreasonable search in violation of the Fourth Amendment, for retaliation in violation of the First Amendment, for assault, and for battery;
3. All other claims and defendants are DISMISSED with prejudice;
4. The Clerk of Court is DIRECTED to reflect the dismissal of defendant California Department of Corrections and Rehabilitation Holding Corporation Representatives on the Court's docket, and to add Defendant G. Rodriguez; and
5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 15, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE