| | |
|---|---|
| JONATHAN FUENTES,<br><br>        Plaintiff,<br><br>v.<br><br>G. RODRIGUEZ,<br><br>        Defendant. | Case No. 1:17-cv-00745-LJO-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO PROVIDE DEFENDANT WITH HIS INITIAL DISCLOSURES<br><br>(ECF NO. 21)<br><br>30-DAY DEADLINE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jonathan Fuentes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 21, 2018, Plaintiff filed what the Court construes as a request for an extension of time to provide Defendant with his initial disclosures. (ECF No. 21). Plaintiff states that he needs additional time because his institution of confinement placed "us" on a temporarily modified program, which restricts Plaintiff's access to the law library. As Plaintiff has been unable to access the law library he has been unable to make copies. Plaintiff requests that he be allowed to provide Defendant with his initial disclosures when he is allowed to make copies.

The Court finds good cause to grant Plaintiff an extension of time.

///

///

Accordingly, IT IS HEREBY ORDERED that Plaintiff has thirty (30) days from the date of service of this order to provide Defendant with his initial disclosures. If Plaintiff needs an additional extension because he is still unable to make copies, he may file another request for an extension of time.

IT IS SO ORDERED.

Dated: **September 24, 2018**  /s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE