# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN FUENTES, | Case No. 1:17-cv-00745-LJO-EPG-PC |
| Plaintiff, | ORDER SETTING HEARING ON DEFENDANT RODRIGUEZ'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| G. RODRIGUEZ, | |
| Defendant. | |

The Court sets a hearing on Defendant Rodriguez's motion for summary judgment (ECF No. 28) to be heard on **May 17, 2019, at 10:00 a.m.** in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

The parties shall be prepared to discuss: (1) Plaintiff's allegation that the CDCR failed to notify him that at some point Appeal No. WSP-O-17-00752 (the "Staff Complaint Appeal") was accepted at the second level of review; and (2) the two different copies of Appeal No. WSP-O-17-00752 submitted by the parties—Exhibit B to F. Feliciano's declaration (ECF No. 28-4 at 12–15) and Exhibit B to Plaintiff's declaration (ECF No. 30 at 8–10, 14).[1] The Court directs the parties' attention specifically to Box E of the form 602.

To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. Plaintiff shall make arrangements with staff

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

at his institution of confinement for his attendance at the hearing. Plaintiff's institution of confinement shall make Plaintiff available for the hearing at the date and time indicated above. Prior to the hearing, defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

IT IS SO ORDERED.

Dated: **May 6, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE